Sharon D. Cousineau
SAMWEL COUSINEAU, PC
700 West Evergreen Blvd.
Vancouver, WA 98660
Tel. 360-750-3789
Fax 360-750-3788
sdcousineau@gmail.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PENDLETON DIVISION**

| | |
|---|---|
| JOSHUA NUTT, and<br>ERIN NUTT,<br><br>    Plaintiffs,<br><br>v.<br><br>HALSTED FINANCIAL SERVICES, LLC,<br><br>    Defendant. | Case No. 2:19-cv-499-SU |

**NOTICE OF SETTLEMENT**

Plaintiffs, JOSHUA NUTT and ERIN NUTT, ("Plaintiffs"), through their attorney, SAMWEL COUSINEAU, PC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiffs anticipate dismissing this case, with prejudice, within 60 days.

DATED: May 3, 2019

                              RESPECTFULLY SUBMITTED,

                              By: /s/Sharon D. Cousineau
                                    Sharon D. Cousineau
                                    SAMWEL COUSINEAU, PC
                                    700 West Evergreen Blvd.
                                    Vancouver, WA 98660
                                    Tel. 360-750-3789
                                    Fax 360-750-3788
                                    sdcousineau@gmail.com

## **CERTIFICATE OF SERVICE**

On May 3, 2019, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel.

          By: /s/ Sharon D. Cousineau
               Sharon D. Cousineau