Sharon D. Cousineau
SAMWEL COUSINEAU, PC
700 West Evergreen Blvd.
Vancouver, WA 98660
Tel. 360-750-3789
Fax 360-750-3788
sdcousineau@gmail.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PENDLETON DIVISION**

| | |
|---|---|
| JOSHUA NUTT, and <br> ERIN NUTT, <br><br> Plaintiffs, <br><br> v. <br><br> HALSTED FINANCIAL SERVICES, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 2:19-cv-499-SU <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, JOSHUA NUTT and ERIN NUTT, ("Plaintiffs"), through their attorney, SAMWEL COUSINEAU, PC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, HALSTEAD FINANCIAL SERVICES, LLC.

DATED:  June 10, 2019

                                          RESPECTFULLY SUBMITTED,

                                        By:  /s/Sharon D. Cousineau
                                                Sharon D. Cousineau
                                                SAMWEL COUSINEAU, PC
                                                700 West Evergreen Blvd.
                                                Vancouver, WA 98660
                                                Tel. 360-750-3789
                                                Fax 360-750-3788
                                                sdcousineau@gmail.com

## CERTIFICATE OF SERVICE

On June 10, 2019, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel.

By: /s/ Sharon D. Cousineau
Sharon D. Cousineau